2 min to complete

1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  TRAVIS LEON FREEMAN,                       CASE NO. 1:09-cv-02129-SMS PC

10                     Plaintiff,              ORDER DENYING MOTION
                                               FOR LITIGATION FUNDS
11        v.
                                               (Doc. 6)
12  DERRALL G. ADAMS, et al.,

13                     Defendants.
                                           /
14

15        Plaintiff Travis Leon Freeman, a state prisoner proceeding pro se and in forma pauperis, filed

16  this civil rights action pursuant to 42 U.S.C. § 1983 on December 8, 2009.  On December 14, 2009,

17  Plaintiff filed a motion seeking $1,000.00 for materials to litigate this action.

18        "'[T]he expenditure of public funds [on behalf of an indigent litigant] is proper only when

19  authorized by Congress . . . .'"  Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989) (quoting

20  United States v. MacCollum, 426 U.S. 317, 321, 96 S.Ct. 2086 (1976)).  The in forma pauperis

21  statute does not authorize the expenditure of public funds for the purpose sought by Plaintiff, and

22  his motion is HEREBY DENIED.

23

24  IT IS SO ORDERED.

25  **Dated:    June 8, 2010**                        /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28

1